UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEVGENIY N. SOROKIN,<br><br>        Petitioner,<br><br>    v.<br><br>THE PEOPLE,<br><br>        Respondent. | No.  2:22-cv-02178-EFB (HC)<br><br><br><br>ORDER |

Petitioner is a county jail inmate without counsel seeking a writ of habeas corpus. However, he has neither filed an application for leave to proceed in forma pauperis nor paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order may result in this action being dismissed; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: January 4, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE