UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEVGENIY N. SOROKIN,<br><br>    Petitioner,<br><br>    v.<br><br>THE PEOPLE,<br><br>    Respondent. | No.  2:22-cv-02178-EFB (HC)<br><br>ORDER AND FINDINGS AND <u>RECOMMENDATIONS</u> |

      Petitioner is a county jail inmate proceeding pro se with a petition for a writ of habeas corpus.  On January 4, 2023, the court found that petitioner had failed to file an in forma pauperis application or pay the filing fee ($5.00) required by 28 U.S.C. §§ 1914(a) & 1915(a).  ECF No. 4.  Accordingly, the court ordered petitioner to file an in forma pauperis application or pay the filing fee within 30 days.  That order warned petitioner that failure to do so may result in this action being dismissed.

      The 30-day period has expired and petitioner has not filed an in forma pauperis application, paid the filing fee, or otherwise responded to the court's order.

      Accordingly, it is ORDERED that the Clerk of the Court randomly assign a United States District Judge to this case.

/////

/////

1

1    Further, it is RECOMMENDED that this action be dismissed.

2    These findings and recommendations are submitted to the United States District Judge
3 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
4 after being served with these findings and recommendations, any party may file written
5 objections with the court and serve a copy on all parties.  Such a document should be captioned
6 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
7 shall be served and filed within fourteen days after service of the objections.  Failure to file
8 objections within the specified time may waive the right to appeal the District Court's order.
9 *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.
10 1991).  In his objections petitioner may address whether a certificate of appealability should issue
11 in the event he files an appeal of the judgment in this case.  *See* Rule 11, Rules Governing Section
12 2254 Cases (the district court must issue or deny a certificate of appealability when it enters a
13 final order adverse to the applicant).

14  Dated:  February 16, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE